# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Case No. 1:18-cr-17 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| KENDRIC LAVELL CLEMONS | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| | ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 61) recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea to Count Four of the five-count Indictment; (2) accept Defendant's guilty plea to Count Four of the five-count Indictment; (3) adjudicate Defendant guilty of possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i); and (4) order that Defendant remain in custody until sentencing in this matter or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 61) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea to Count Four of the five-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Four of the five-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i);

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place before the undersigned on **February 28, 2020, at 9:00 a.m.**

**SO ORDERED.**

                                                             */s/Travis R. McDonough*
                                                             **TRAVIS R. MCDONOUGH**
                                                             **UNITED STATES DISTRICT JUDGE**